### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAE ANN SNYDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERY HALL, and COUNTY OF )<br>PEORIA, )<br>)<br>Defendants. ) | Case No. 06-1038 |

### O R D E R

On August 15, 2006, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant facts have been set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has sued Defendants under 42 U.S.C. § 1983 for misconduct and injuries that she allegedly suffered while incarcerated in the Peoria County Jail in February 2005. Plaintiff has also been criminally charged for her alleged conduct while incarcerated, and her criminal proceedings appear to be ongoing.

The Court concurs with the analysis of the Magistrate Judge that the § 1983 claims in this matter should be stayed pending the disposition of Plaintiff's ongoing criminal

proceedings, as Plaintiff has been charged with causing bodily harm to Defendant Hall while he was acting in his capacity as a correctional institution employee. Accordingly, the Court now adopts the Report & Recommendation [#10] of the Magistrate Judge in its entirety. Defendants' Motion to Dismiss or Alternatively to Stay [#3] is GRANTED IN PART AND DENIED IN PART. The Motion is granted with respect to the request for a stay of proceedings and dismissal of the punitive damages claim against the County and denied in all other respects. Despite the stay, Plaintiff is given leave to file an amended complaint within 14 days; Defendants shall not be obligated to file any answer or responsive pleading until 14 days after the stay is lifted. This matter is now STAYED, and the parties shall file a written status report indicating the status of Plaintiff's criminal proceedings on or before October 31, 2006.

  ENTERED this 31st day of August, 2006.

            s/ Michael M. Mihm
            Michael M. Mihm
            United States District Judge