## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAE ANN SNYDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 06-1038 |
| JEFFREY HALL, COUNTY OF PEORIA, and PEORIA COUNTY SHERIFF'S OFFICE, | ) ) ) ) |
| Defendants. | ) ) |

### O R D E R

On July 1, 2008, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff brought this litigation based on the events that transpired during an underlying arrest and criminal prosecution. Defendants have moved to dismiss for failure to perfect service. However, as noted by the Magistrate Judge, the matter was stayed for the majority of the time that the Amended Complaint has been pending. Accordingly, the Court concurs with the recommendation that Plaintiff's duty to serve the Amended Complaint on any of the

defendants was also stayed during this time and that the 120-day service period has not yet expired.

Accordingly, the Court now adopts the Report & Recommendation [#21] of the Magistrate Judge in its entirety. Defendants' Motion to Dismiss for Want of Prosecution [#17] is DENIED, and Plaintiff's are directed to take appropriate steps to perfect service of the Amended Complaint immediately.

ENTERED this 22nd day of July, 2008.

        s/ Michael M. Mihm
        Michael M. Mihm
        United States District Judge